JOHN R. HEGEMAN, Respondent, *v.* STEARNS REALTY COMPANY, Appellant.

*Hegeman* v. *Stearns Realty Co.*, 117 App. Div. 754, affirmed.
(Argued April 20, 1908; decided May 19, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1907, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial in an action to recover a sum paid on account of the purchase price of real property.

*Harold Swain* and *Norman Wilmer Chandler* for appellant.

*C. N. Bovee* and *Frederick C. Lawyer* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.